```
 1  SIDNEY J. COHEN, ESQ., State Bar No.  39023           *E-filed 11/28/07*
    SIDNEY J. COHEN PROFESSIONAL CORPORATION
 2  427 Grand Avenue
    Oakland, CA  94610
 3  Telephone:  (510) 893-6682

 4  Attorneys for Plaintiff
    CONNIE ARNOLD
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD | CASE NO. C 07-01299 HRL |
| Plaintiff, | Civil Rights |
| v. | |
| COUNTRY GOURMET RESTAURANT OF MOUNTAIN VIEW; HERMAN SHAW; A & D PROTOCOL TRANSPORTATION, INC: ; MARY JO SHAW; and DOES 1-25, Inclusive, | **STIPULATION AND ORDER FOR DISMISSAL AS AMENDED**  FRCP section 41 (a) (1) (ii) |
| Defendants. / | |

Plaintiff Connie Arnold and defendants Country Gourmet Restaurant Of Mountain View, Herman Shaw, A & D Protocol Transportation, Inc., and Mary Jo Shaw, by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41 (a) (1) (ii).

Plaintiff filed this lawsuit on March 6, 2007.

Plaintiff and defendants have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against all defendants. A copy of the "Mutual Release And Settlement Agreement"  is incorporated by reference herein as if set forth in full. Plaintiff and defendants stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Plaintiff moves to dismiss with prejudice the lawsuit against defendants.

Defendants, who have answered the complaint, agree to the dismissal with prejudice.

This case is not a class action, and no receiver has been appointed.

Stipulation And Order For Dismissal

This Stipulation and Order may be signed in counterparts, and facsimile signatures shall be as valid and as binding as original signatures.

Wherefore, plaintiff and defendants, by and through their attorneys of record, so stipulate.

Date: 11/16/07

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen
_____
Sidney J. Cohen
Attorney for Plaintiff Connie Arnold

Date: 11/16/07

HOGE, FENTON, JONES & APPEL, INC.
/s/ James R. Hawley
_____
James R. Hawley
Attorney for All Defendants

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The lawsuit against defendants is dismissed with prejudice. The Court shall retain jurisdiction **solely** to enforce the terms of the parties' "Mutual Release and Settlement Agreement."

Date: 11/28/07

_____
Howard R. Lloyd
United States Magistrate Judge

Stipulation And Order For Dismissal               -1-